# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Robert Paloncy | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:18-CV-298 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Plaintiff and agaisnt Defendant; Remanding case under the fourth sentence of 42 U.S.C. §405(g) for an immediate award of benefits for the closed period of August 26, 2011 through June 29, 2017, terminating case on the Court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a motion for

Date: 9/12/19

Decision and Entry

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk